IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| BARTHOLOMEW B. JONES, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 116-179 |
| | ) | |
| MARTY ALLEN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

On December 5, 2016, the Clerk of Court docketed an objection from Plaintiff dated November 29, 2016, eight days after the deadline for objecting to the R&R. (See doc. no. 12.) Because Plaintiff's objection is untimely and he supplies no reason for the delay, the Court need not consider it. See Mathis v. Adams, 577 F. App'x 966, 967-68 (11th Cir. 2014) (affirming district court's strike of plaintiff's objections filed untimely and without good cause). However, even if the Court were to consider it, the objection has no merit; Petitioner just rehashes arguments from his original petition. Therefore, the Court will not reconsider its November 29, 2016 Order dismissing Petitioner's § 2254 petition and closing the case. (Doc. no. 10.)

SO ORDERED this 8th day of December, 2016, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA